**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

VICTOR RODRIGUEZ MALAGA,
Petitioner,
v.
MARKWAYNE MULLIN, *et al.*,
Respondents.

Case No. 26-cv-06206-BAS-JAC

**ORDER CONTINUING HEARING ON PETITION**

The Court set this matter for a hearing on November 20, 2026. (ECF No. 5.) Petitioner's counsel did not appear. Accordingly, the Court **CONTINUES** the hearing until **Friday, December 4, 2026, at 11:00 a.m.**, in Courtroom 12B.

**IT IS SO ORDERED.**

**DATED: November 20, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**